**Order entered May 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00532-CV

### IN RE METHODIST CHARLTON MEDICAL CENTER, Relator

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-10629-G

## ORDER NUNC PRO TUNC

Before the Court is the motion for emergency stay filed by relator Methodist Charlton Medical Center. We **GRANT** the motion for stay and **ORDER** the trial court's April 17, 2014 Order on Plaintiffs' Motion to Compel Access to Electronic Health Record in the Format in Which it Was Available to Health Care Providers **STAYED** pending further order of the Court. The Court requests that real parties in interest and respondent file their responses to the petition for writ of mandamus, if any, by May 12, 2014.

/s/     DAVID L. BRIDGES
JUSTICE